UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**BUILDING TRADES UNITED PENSION TRUST FUND,**
**and DOUG EDWARDS (in his capacity as Trustee),**

        **Plaintiffs,**

v.                                     Case No. 21-cv-806

**MCDONAGH DEMOLITION, INC.**

        **Defendant.**

---

### NOTICE OF VOLUNTARY DISMISSAL
---

Pursuant to Rule 41(a)(1)(A)(i) of the Fed. R. Civ. P., the Plaintiff hereby voluntarily dismisses the above-entitled action without prejudice.

Dated this 22nd day of July, 2021.

        s/Alex J. Sterling
        Alex J. Sterling (SBN: 1107931)
        The Previant Law Firm, S.C.
        310 West Wisconsin Avenue, Suite 100 MW
        Milwaukee, WI 53203
        414-271-4500 (Telephone)
        414-271-6308 (Fax)
        Email: ajs@previant.com

        Attorney for Plaintiffs